Marta M. Guzmán, Esq. (SBN 182754)
LAW OFFICE OF MARTA M. GUZMÁN
846 Mandana Blvd.
Oakland, CA 94610
Tel:   510-250-9727
Fax:   510-250-9727

Attorney for Debtor,
DEAN MARSHALL HARRIS

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE DEAN MARSHALL HARRIS, | Case No.: 18-41299 |
|---|---|
| Debtors. | Chapter 13 |
| | **NOTICE AND OPPORTUNITY FOR HEARING ON DEBTOR'S EIGHTH AMENDED CHAPTER 13 PLAN** |

      NOTICE IS HEREBY GIVEN that the Debtor DEAN MARSHALL HARRIS ("debtor") has filed an Eighth Amended Chapter 13 Plan.  Pursuant to Bankruptcy Rule 2002 and Bankruptcy Rule 9014-1, you have twenty-eighth (28) days from the date of this notice to object to the confirmation of debtor's Eighth Amended Chapter 13 Plan.  A copy of the Eighth Amended Chapter 13 Plan is served along with this notice.

      Any such objection must (1) be filed with the court and served upon the initiating party and the Chapter 13 Trustee, and (2) be accompanied by any declarations and/or memoranda of the law the objecting party wishes to present in support of its position.  If an objection is timely filed, the initiating party shall timely set the matter for hearing and give at least ten (10) days' notice of the date of the hearing to the requesting party and the Chapter 13 Trustee.  If an

**NOTICE AND OPPORTUNITY FOR HEARING ON DEBTOR'S EIGHTH AMENDED CHAPTER 13 PLAN**

objection is not timely filed, the court may enter an Order confirming the debtor's Eighth Amended Chapter 13 Plan.

Dated: July 21, 2018                                   LAW OFFICE OF MARTA M. GUZMÁN


                                                       /s/*Marta M. Guzmán*
                                                      Marta M. Guzmán, Attorney for Debtor

**NOTICE AND OPPORTUNITY FOR HEARING ON DEBTOR'S EIGHTH AMENDED CHAPTER 13 PLAN**